451 F.2d 1389
 PAN-ALASKA FISHERIES, INC., a corporaton, Appellee,
v.
KIMBRELL-LAWRENCE TRANSPORTATION, INC., a corporation, d/b/a
Pioneer Alaska Line and M/V WESTERN PIONEER, her
engines, tackle, apparel, furniture and
equipment, Appellants.
 No. 71-2400.
 United States Court of Appeals,
Ninth Circuit.
 Jan. 7, 1972.
 
 Raymond J. Petersen (argued), of Maxwell & Petersen, Seattle, Wash., for appellants.
 Dwight L. Guy (argued), Martin P. Detels, Jr., of Detels, Draper & Marinkovich, Seattle, Wash., for appellee.
 Before CHAMBERS, HAMLEY and GOODWIN, Circuit Judges.
 PER CURIAM:
 
 
 1
 The award of damages under the Carriage of Goods at Sea Act, 46 U.S.C. Sec. 1300 et seq., for damage to a shipment of frozen fancy King Crab is affirmed.
 
 
 2
 The burden of exculpation was on the carrier. The trial judge was not satisfied with any of the explanations of the carrier. On the record, he could properly so conclude.